IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAKHAJ MANOHAR,
ARLUS BANKS, JR., and
QUINCEL MCGUIRE, JR.                                            PLAINTIFFS

v.                          3:16-cv-18-DPM

CRAIGHEAD COUNTY JAIL and
DOES, Maintenance Crew, Craighead County Jail        DEFENDANTS

ORDER

Manohar hasn't paid the $400 filing and administrative fees. № 8. McGuire hasn't paid the filing fee or filed an application to proceed *in forma pauperis*. № 2. And Banks hasn't submitted a complete *in forma pauperis* application. № 8. Instead, his mail is being returned as undeliverable. № 10–12. The time for all three Plaintiffs to comply with the Court's Orders has passed. № 2 & 8. Their complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*(signature)*
D.P. Marshall Jr.
United States District Judge

24 March 2016