IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAKHAJ MANOHAR,
ARLUS BANKS, JR., and
QUINCEL MCGUIRE, JR.                                              PLAINTIFFS

v.                          No. 3:16-cv-18-DPM

CRAIGHEAD COUNTY JAIL and
DOES, Maintenance Crew, Craighead County Jail         DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

24 March 2016